159 A.3d 938

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Joey I. DIXON, Petitioner**

**No. 275 EAL 2016**

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.